

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00184-CV

**IN THE INTEREST OF K.P.N., D.F.N., AND S.H.N.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01795
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file her brief. The motion is GRANTED. Appellant's brief is due on or before **July 12, 2021**. However, given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court